E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Telephone: (510) 970-4861
   Facsimile: (415) 744-0134
   Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DIANE ELAINE WATSON BEAL,<br>      Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 8:22-cv-00163-JPR<br><br>**JUDGMENT** |

1 | The Court having approved the parties' stipulation to remand this case
2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 | entered for Plaintiff.

DATED: 11/8/2022

*/s/ Jean Rosenbluth*

HONORABLE JUDGE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE