1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DIANE ELAINE WATSON BEAL, ) | CASE NO.: SACV 22-00163 JPR |
| Plaintiff, ) | ORDER AWARDING EAJA FEES |
| v. ) | |
| KILOLO KIJAKAZI, Acting ) Commissioner of Social Security ) Administration, ) | |
| Defendant. ) | |

        Based upon the parties' Stipulation for Award and Payment of Equal Access
to Justice Act (EAJA) Fees ("Stipulation"),

        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the
Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND
NINE HUNDRED FIFTEEN DOLLARS and 83/cents ($3,915.83), as authorized
by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the
Stipulation.

 DATED: January 24, 2023          /s/ *Jean P. Rosenbluth*
                                  HONORABLE JEAN P. ROSENBLUTH
                                  UNITED STATES MAGISTRATE JUDGE

1